ROE REALTY COMPANY, RESPONDENT, v. SULZBACHER GRANGER & COMPANY, APPELLANT.

Submitted May 28, 1937—Decided September 22, 1937.

For the respondent, *James A. McTague.*

For the appellant, *Collins & Corbin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, LLOYD, PERSKIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 8.

*For reversal*—THE CHANCELLOR, PARKER, CASE, DONGES, JJ. 4.